UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMY BRIGHT, | ) | Case No. 1:17 CV 1295 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| WINKING LIZARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel  has notified the Court that above captioned case has been dismissed with prejudice.  Parties may file any additional documentation evidencing the settlement by October 5, 2018.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent____
DONALD C. NUGENT
United States District Judge

DATE: __September 21, 2018_____